IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID M. HAHN,

    Plaintiff,

v.

RICK RAEMISCH, WILLIAM POLLARD, MICHAEL BAENAN, PETER ERICKSEN, PATRICK BRANT and SARAH COOPER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-555-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____       _3/8/10_
Peter Oppeneer, Clerk of Court      Date